# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45502

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

THOMAS EDWARD LANDERS,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: June 19, 2018

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Sixth Judicial District, State of Idaho, Bannock County. Hon. Stephen S. Dunn, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of five years, for aggravated battery, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Lara E. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

---

PER CURIAM

Thomas Edward Landers pled guilty to aggravated battery. I.C. §§ 18-903(a) and 18-907(1)(b). In exchange for his guilty plea, additional charges were dismissed. The district court sentenced Landers to a unified term of ten years, with a minimum period of confinement of five years. Landers filed an I.C.R. 35 motion, which the district court denied. Landers appeals, asserting that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Landers's judgment of conviction and sentence are affirmed.